**Marixia MALDONADO, Appellant,**

v.

**Carl ROSENKRANZ, Executive Director, Ozarks Area Community Action Corp.; Ozarks Area Community Action Corporation, Appellees.**

No. 05–4102.

United States Court of Appeals,
Eighth Circuit.

Submitted: Nov. 14, 2006.

Filed: Dec. 5, 2006.

Marixia Maldonado, Springfield, MO, pro se.

Bob Lawson, Jr., Blackwell & Sanders, Springfield, MO, for Appellees.

Before MURPHY, BYE, and MELLOY, Circuit Judges.

PER CURIAM.

Marixia Maldonado appeals the district court's[1] adverse grant of summary judgment in her employment-discrimination action. Having carefully reviewed the record, *see Jacob–Mua v. Veneman*, 289 F.3d 517, 520 (8th Cir.2002) (standard of review), we agree with the district court that for the promotional decisions at issue Maldonado either failed to establish a prima facie case or failed to counter defendants' evidence as to the legitimate, nondiscriminatory reasons for selecting other candidates, *see Younts v. Fremont County*, 370 F.3d 748, 754–55 (8th Cir.2004) (Title VII failure-to-promote case); *Kim v. Nash Finch Co.*, 123 F.3d 1046, 1055–56 (8th

Cir.1997) (discussing failure-to-promote claim under 42 U.S.C. § 1981). Maldonado may not seek reversal based on assertions that her counsel was ineffective. *See Glick v. Henderson*, 855 F.2d 536, 541 (8th Cir.1988).

Accordingly, we affirm. *See* 8th Cir. R. 47B. We deny Maldonado's pending motion.

---

1. The Honorable Dean Whipple, Chief Judge, United States District Court for the Western District of Missouri.